Feb. 2.
1937.

OPINION OF THE JUSTICES.

*To Honorable Oren V. Henderson, Speaker of the House of Representatives:*

The undersigned Justices of the Supreme Court have received your request for our opinion upon the constitutionality of House Bill No. 41.

In response, it is our opinion that the bill, while designed to accomplish a proper public purpose, seeks to effect it through means and methods which the constitution forbids.

The reasons for this opinion are fully set forth in our opinion given this day to the Governor and Council relative to Laws 1935, *c.* 121, and to that opinion we would respectfully refer you.

The adoption of these prohibited means and methods is demanded as an integral and inherent feature of the bill, and we therefore are unable to perceive any validity in any part of it.

JOHN E. ALLEN.
THOMAS L. MARBLE.
OLIVER W. BRANCH.
PETER WOODBURY.
ELWIN L. PAGE.

February 2, 1937.